# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00786-CV

**John Byram, Individually, and as Independent Executor of the Estate of
Sally Anne Dillingham Byram, Deceased; and Sam Perry and
Gary Ackers as Co-Trustees of the Byram Marital Trust, Appellants**

**v.**

**Maryanna Brooke Byram Davenport, Individually and as Next Friend for
Charlotte Sally Davenport and Chloe Christina Davenport, Minors, and
Derivatively on Behalf of The Sally Anne Dillingham Byram Marital Trust; et al., Appellee**

## FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-10-001710, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal, explaining that "Appellants and Appellees have fully settled all matters between them and Appellants no longer desire to pursue this appeal." We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellants' Motion

Filed:   June 24, 2011